UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Full Spectrum Management, LLC                Bankruptcy Case No. 19-00613
                                             Chapter 7
              Debtor.
_____/

### ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE PURSUANT TO F.RB.P 9019

PRESENT:   HONORABLE JUDGE JAMES W. BOYD
           United States Bankruptcy Judge

This matter having come before this Honorable Court based upon the Trustee's Motion for Approval of Compromise Pursuant to Rule 9019(a), Federal Rules of Bankruptcy Procedure ("Motion") (Dkt. No. 74) filed on October 20, 2023; any defined terms in the Motion have the same meaning in this Order; no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is granted and the settlement in the Adversary Proceeding No. 20-80059 between Independent Bank, derivatively for and on behalf of the trustee, and Mark D. Noss; Mark D. Noss, O.D., LLC, d/b/a/ Full Spectrum Eyecare; and MDN Development, LLC (collectively the "Noss Defendants"), whereby the Trustee shall receive the sum of $41,250.00 of the $165,000 Settlement Amount, is approved pursuant to Rule 9019(a), Federal Rules of Bankruptcy Procedure.

END OF ORDER

**IT IS SO ORDERED.**

Dated November 21, 2023



James W. Boyd
United States Bankruptcy Judge