UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

In re

FULL SPECTRUM MANAGEMENT, LLC,

                              Debtor.
_____/

Chapter 7
Case No.:  19-00613
HONORABLE JAMES W. BOYD

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 7

      MARK D. NOSS, claimant, hereby withdraws his Proof of Claim, as amended, filed in this case.

                                              */s/ Wallace H. Tuttle*
                                        WALLACE H. TUTTLE         (P 21644)
                                        Wallace H. Tuttle & Associates, P. C.
                                        Attorney for Mark D. Noss
                                        3229 Logan Valley Road
                                        P O Box 969
                                        Traverse City, MI  49685-0969
                                        231.941.0750
                                        whtpc@tuttlelawtc.com

3095.00:12/23:wht